IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNARD F. GANSKI, JR. | : | CIVIL ACTION |
| and LORRAINE V. GANSKI | : | |
| | : | |
| v. | : | |
| | : | |
| CASSANDRA WOLFF | : | NO. 09-1903 |

### O R D E R

AND NOW, this 7th day of August, 2012, upon consideration of plaintiffs' Motion For A New Trial Pursuant To Federal Rule of Civil Procedure 59(a)(1)(A) (Doc. 74) defendant's response thereto (Doc. 75), and the supplemental memoranda submitted by the parties, it is hereby

**ORDERED**

that the Motion is DENIED.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge